## WHEELER *vs.* STOCKDALE.

1. In appeal cases, where the amount in controversy is less than twenty dollars, the failure of the plaintiff to be present at the trial cannot deprive the defendant of his legal right to testify.

ERROR to the Circuit Court of Talladega.

Tried before the Hon. EZEKIEL PICKENS.

N W. SHELLY, for plaintiff in error.

RICE & MORGAN, *contra.*

LIGON J.—The only assignment of error in this case is, that the court permitted the defendant to testify in the absence of the plaintiff, and when the latter had attempted to make out his case by the testimony of other witnesses. The amount in controversy was under twenty dollars, and the case was an appeal from a justice of the peace. The examination of either party is fully authorized by our statute. Clay's Digest, 360 § 12. If the plaintiff failed to be present at the trial of his case, his absence cannot deprive the defendant of his legal right to testify.

Let the judgment be affirmed.